THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FELLIE CHERRY, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of the crime of assault in the third degree and sentencing him to serve a term of imprisonment in the workhouse, except that defendant does not appeal from so much of the judgment as suspends operation of the sentence. Judgment, insofar as appealed from, unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment. Present — Adel, Acting, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See post, p. 1061.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL KORNBLUM, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of violating the Multiple Dwelling Law. Judgment unanimously affirmed. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.

DOROTHY WEISS et al., Respondents, v. LOUIS SONDOK, Appellant.— In an action by plaintiff Dorothy Weiss to recover damages for personal injuries and by her husband for medical expenses and loss of services, order denying defendant's motion to dismiss the complaint for failure to state a cause of action reversed on the law, with $10 costs and disbursements, and motion granted, with $10 costs, with leave to plaintiffs to plead over, if so advised, within ten days after the entry of the order hereon. The complaint should state the facts upon which plaintiffs rely for their cause of action. (Civ. Prac. Act, § 241; Schweitzer v. Mindlin, 248 N. Y. 560; Pagnillo v. Mack Paving & Constr. Co., 142 App. Div. 491; Beatty v. McCutcheon, 200 App. Div. 869.) Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ., concur.